IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CISSY JOHNSON                                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO.2:06CV112-GHD-JAD

HARRY HOOPII, et al.                                                                         DEFENDANTS

**FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, was on that date duly served by first class mail upon plaintiff; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the Court.

2. That this action be and hereby is dismissed with prejudice as to Defendants Robert Parker, Corrections Corporation of America and Chief Willie.

3. That this action be and hereby is dismissed without prejudice as to Defendant Hoopii.

THIS, the 25th day of October, 2006.

                                                  /s/ Glen H. Davidson
                                                CHIEF JUDGE